

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| OEP Holdings, LLC., | § | No. 08-17-00159-CV |
| Appellant, | § | Appeal from the |
| v. | § | 41st District Court |
| Mohammad Akhondi, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2016-DCV0460) |
| | § | |

**O R D E R**

The Court has this day considered the Appellant's motion for emergency stay of the trial court proceedings, and concludes the motion should be GRANTED. Therefore, the 41st District Court is directed to stay all proceedings in cause number 2016-DCV0460, styled *Mohammad Akhondi v. OEP Holdings, LLC.*, pending disposition of this appeal or further order of this Court.

IT IS SO ORDERED this 19th day of July, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.